IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01407-LTB

THURMAN HARRISON, JR.,

    Plaintiff,

v.

CHEYENNE MOUNTAIN RE-ENTRY CENTER,
THREE UNKNOWN NAMED OCCUPATIONAL COUNSELORS,
MS. LEHMAN, Unit Manager of CMRC,
UNKNOWN NAMED LAW LIBRARIAN, and
UNKNOWN NAMED WARDEN OF CMRC OR HIS DESIGNEE,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 1, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 1st day of July, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                      Deputy Clerk